IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LASHUNA FANIEL and           )
TIMOTHY PENN, individually   )
and on behalf of T.P.,       )
their minor child,           )
                             )
    Plaintiffs,              )
                             )     CIVIL ACTION NO.
    v.                       )       2:15cv864-MHT
                             )            (WO)
GLAXOSMITHKLINE LLC,         )
                             )
    Defendant.               )
```

ORDER

It is ORDERED as follows:

(1) The unopposed motion for relief from obligations (doc. no. 3) is granted.

(2) All proceedings in this case are stayed pending MDL transfer.

(3) This case is administratively closed pending MDL transfer.

DONE, this the 30th day of November, 2015.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**